**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Donald L. Burton,  Civil No. 11-1830 (RHK/JJG)

      Plaintiff,  **DISQUALIFICATION AND**
 **ORDER FOR REASSIGNMENT**

vs.

SmithKline Beecham Corporation,
d/b/a GlaxoSmithKline,

      Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 11, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge